IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE:** JEFFREY S. WALTZ,<br><br>　　　　　　　　　Debtor | CHAPTER 7<br><br>CASE NO. 19-07037-RLM-7 |

## MOTION TO REOPEN CASE

COME NOW the Debtor, by counsel, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. Rule 5010 and would show the Court as follows:

1. On September 20, 2019, the Debtor filed his *pro se Voluntary Petition* under Chapter 7 of Title 11 of the United States Code and the case resulted in no distribution to creditors (a "no asset case").

2. On December 26, 2019 the Court entered its *Order of Discharge* (dn 46) and Final Decree closing the case.

3. The Debtor has subsequently discovered that there are three judgment liens on this residence that could have been avoided during the pendency of his bankruptcy proceeding.

4. It is a well settled proposition that the decision to reopen a case is within the sound discretion of the bankruptcy court. *In Re Crocker*, 362 B.R. 49, 53 (B.A.P. 1st Cir. 2007); *Redmond v. Fifth Third Bank*, 624 F.3d 793,798 (7th Cir. 2010).

5. Title 11 U.S.C. §350 reads to wit:

    **(a)** After an estate is fully administered and the court has discharged the trustee, the court shall close the case. **(b)** A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

6. The Debtor now seeks leave of court to reopen his bankruptcy case so that he may file three respective motions to avoid judicial liens against the following entities:

    a. A judgment in favor of RBS Citizens, NA[1] entered August 8, 2014 in the amount of $51,933.97 in cause number 49D12-1402-MF-002772

    b. A judgment in favor of Eagle Accounts Group, Inc. entered March 27, 2015 in the amount of $461.12 in cause number 49K06-1405-SC-002561

    c. A judgment in favor of Titan and Victoria Insurance Company Co[2]. entered August 20, 2014 in the amount of $13,569.62 in cause number 49D02-1404-CT-013467

7. The Debtor's property at issue was valued and properly exempted, and said creditors' liens each individually impair said exemption and are subject to avoidance pursuant to 11 U.S.C. §522.

8. "Section 522 lien avoidance has been recognized as sufficient cause for reopening a case under §350(b) because lien avoidance affords relief to the debtor." B.A.P. No. MB 14-039 (B.A.P. 1st Cir. Jan. 16, 2015).

9. Indeed, the Seventh Circuit instructs us that "a debtor may reopen the bankruptcy case at any time to avoid a lien absent a finding of prejudice to the creditor" and that the mere "passage of time in itself does not constitute prejudice." *Matter of Bianucci*, 4 F.3d 526, 528 (7th Cir. 1993). Further, "reopening the case is a purely ministerial task that does not supply any independent relief to the movant." *In Re Clark*, 512 B.R. 906, 908-909 (Bankr. N.D. Ill. 2014).

10. On Debtor's best available information and belief, none of the above lien creditors have taken any action to enforce or foreclose their liens since the discharge was entered by this court.

11. The Debtor has paid to the clerk the requisite fee to reopen his case.

**WHEREFORE**, the Debtor moves the Court to reopen his bankruptcy case for the relief requested herein, and all other relief just and proper in the premises.

---

[1] Now known as Citizens Bank, National Association

[2] The case was styled as *Titan and Victoria Insurance Co., A Nationwide Co. ASO vs. Waltz*. Titan Insurance and Victoria Fire & Casualty Co are wholly-owned subsidiaries of Nationwide Mutual Insurance Company

**Dated:** June 30, 2023                                                   **Respectfully Submitted,**

/s/ Eric C. Lewis
Eric C. Lewis, Esq. #28282-49
Counsel for Debtor
1060 East 86th Street, Suite 63B
P.O. Box 40603
Indianapolis, IN 46240
Phone: (317) 623-3030 x3
Fax : (317) 623-3062
E-Mail:  lewislegal@live.com

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on **June 30, 2023**, a copy of the foregoing was filed electronically and notice thereof will be sent to the following parties through the Electronic Case Filing System:

Nancy J. Gargula, U.S. Trustee
Paul D. Gresk, Panel Trustee
S. Brent Potter for Creditor CSMC 2018-RPL1 Trust
Travis J. Spencer for creditor Indiana Members CU

Further, on **June 30 2023**, a copy of the foregoing was serviced to the following parties:

☐ via hand delivery:
☒ by first-class U.S. mail, postage prepaid, deposited in the mail and properly addressed to:

**Citizens Bank, National Association**
Bruce Van Saun, CEO (or highest officer available)
1 Citizens Plz.
Providence, RI 02903

**Nationwide Mutual Insurance Co.**
Kirt Walker, CEO or highest officer available
One Nationwide Plaza
Columbus, OH 43215-2220

**Eagle Accounts Group, Inc.**
Chet D. Kline, President (or highest officer available)
7510 Madison Ave.
Indianapolis, IN 46227

/s/ Eric C. Lewis
Eric C. Lewis, Esq. #28282-49
Counsel for Debtor
1060 East 86th Street, Suite 63B
P.O. Box 40603
Indianapolis, IN 46240
Phone: (317) 623-3030 x3
Fax : (317) 623-3062
E-Mail: lewislegal@live.com