**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE:** JEFFREY S. WALTZ | CHAPTER 7 |
| Debtor / Movant | CASE NO. 19-07037-RLM-7 |
| NATIONWIDE MUTUAL INSURANCE COMPANY f/k/a TITAN AND VICTORIA INSURANCE CO., A NATIONWIDE COMPANY | |
| Respondent | |

**MOTION TO AVOID JUDICIAL LIEN OF**
**NATIONWIDE MUTUAL INSURANCE COMPANY f/k/a**
**TITAN AND VICTORIA INSURANCE CO., A NATIONWIDE COMPANY**
**WITH NOTICE OF OBJECTION DEADLINE**

COMES NOW the Debtor, by counsel, and hereby moves the Court pursuant to 11 U.S.C. §522(f) and S.D. Ind. B-4003-2 to avoid the judicial lien of **NATIONWIDE MUTUAL INSURANCE COMPANY f/k/a TITAN AND VICTORIA INSURANCE CO., A NATIONWIDE COMPANY,** and would show the Court to wit:

**PARTIES**

1. Jeffrey S. Waltz is an individual residing in Marion County, Indiana. He is the Debtor in the above-styled cause.

2. The Debtor filed a Voluntary Petition under Title 11 United States Code Chapter 7 on September 20, 2019, hereinafter the "Petition Date."

3. Nationwide Mutual Insurance Company f/k/a Titan and Victoria Insurance Co., A Nationwide Company (hereinafter, the Creditor) is an Ohio-domiciled corporation with its principal office at One Nationwide Plaza, Columbus, OH 43215-2220. The CEO of the Creditor is Kirt A. Walker.

## THE PROPERTY AND THE JUDGMENT LIEN

4. Debtor owns the real estate at issue hereunder to wit:

   Lot 18 in Hibben's Pleasant Run Addition, an Addition to the City of Indianapolis as per plat thereof, recorded in Plat Book 18, page 100, in the Office of the Recorder of Marion County, Indiana, except 56 feet by parallel lines off the entire North side thereof; parcel number 7009443, commonly known as 5250 E. Market Street, Indianapolis, IN 46219 (hereinafter the "Property").

5. Debtor owns said Property by virtue of a Warranty Deed recorded March 3, 2004 as Instrument Number 2004-0065902 in the Office of the Recorder of Marion County, Indiana.

6. The Creditor obtained a judgment lien[1] as a matter of law against the Debtor in the Marion Superior Court under cause **49D02-1404-CT-013467** via a default judgment entered August 20, 2014 in favor of said Creditor for $13,569.62.

## IMPAIRMENT OF THE DEBTOR'S EXEMPTION

7. Title 11 U.S.C. §522(f) provides, in pertinent part, that "the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled . . . if such lien is . . . a judicial lien. . . ." Further, the bankruptcy code reads that a lien shall be considered to impair an exemption to the extent that the sum of —

   (i) the lien;
   (ii) all other liens on the property; and
   (iii) the amount of the exemption that the debtor could claim if there were no liens on the property; exceeds the value that the debtor's interest in the property would have in the absence of any liens.

   *See* §522(f)(2)(a).

8. In this case, the value[2] of said Property as of the Petition Date is $127,700.00[3].

9. The total amount of all other perfected non-avoidable liens on the Property on the Petition Date was $110,037.16, consisting of the following:

---

[1] As defined pursuant to 11 U.S.C. §101(36)
[2] As defined pursuant to 11 U.S.C. §522(a)(2)
[3] The Debtor valued the Property at $127,700.00 on Schedule A/B to his Voluntary Petition.

   a. a senior mortgage in favor of Indiana Members Credit Union recorded as Instrument Number 2005-0140494 on August 25, 2005 with an outstanding balance of $106,787.00, scheduled under the servicer's name Select Portfolio Services on Schedule A/B to Debtor's bankruptcy petition.

   b. a statutory tax lien pursuant to Ind. Code 6-1.1-22-13 in the amount of $2,274.72 for 2019 property taxes payable in 2020

   c. a statutory tax lien pursuant to Ind. Code 6-1.1-22-13 in the amount of $975.44 for 2018 property taxes payable in November 2019.

10. In accordance with S.D. Ind. B-4003-2(a)(3), the Debtor asserts that he is seeking to avoid the following liens on said Property:

   a. A judgment in favor of RBS Citizens, NA[4] entered August 8, 2014 in the amount of $51,933.97 in cause number 49D12-1402-MF-002772

   b. A judgment in favor of Eagle Accounts Group, Inc. entered March 27, 2015 in the amount of $461.12 plus costs in cause number 49K06-1405-SC-002561

   c. A judgment in favor of Titan and Victoria Insurance Company Co., Nationwide Ins. entered August 20, 2014 in the amount of $13,569.62 in cause number 49D02-1404-CT-013467

11. The Creditor's lien is in the amount of at least $13,569.62.

12. The Property has been claimed as exempt pursuant to applicable law. But for the lien, the Debtor would be entitled to, and has claimed, an exemption in the amount of $19,300.00.[5]

13. The debtors' exemption is impaired by the amount of at least $13,569.62 due to the attachment of the creditor's lien and said lien is subject to avoidance under 11 U.S.C. §522(f).

---

[4] Now known as Citizens Bank, National Association
[5] See Schedule C to Debtor's Petition

**WHEREFORE**, Debtor moves the Court to enter an order avoiding Creditor's judicial lien and grant such other relief as appropriate in the premises.

        **Respectfully Submitted,**
        **LEWIS LEGAL SERVICES, P.C.**
        /s/ Eric C. Lewis
        Eric C. Lewis, Esq. #28282-49
        1060 E. 86th Street
        P.O. Box 40603
        Indianapolis, IN 46240
        Phone: (317) 623-3030 x3
        E-Mail: lewislegal@live.com

| NOTICE OF OBJECTION DEADLINE |
|---|
| **PLEASE TAKE NOTICE** that any objection must be filed with the Bankruptcy Clerk within **twenty-one (21) days** of the date of this notice (or such other time period as may be permitted by Fed. Bankr. P. 9006(f)).  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at: |
| Clerk of the U.S. Bankruptcy Court<br>116 U.S. Courthouse<br>46 E. Ohio Street<br>Indianapolis, IN 46204 |
| The objecting party must ensure delivery of the objection to the party filing the motion.<br><br>**If an objection is NOT timely filed, the requested relief may be granted.** |

# CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on **July 5, 2023**, a copy of the foregoing Motion to Avoid Judicial Lien with Notice of Objection Deadline was filed electronically and notice thereof will be sent to the following parties through the Electronic Case Filing System:

Nancy J. Gargula, U.S. Trustee
Paul D. Gresk, Panel Trustee
S. Brent Potter for Creditor CSMC 2018-RPL1 Trust
Travis J. Spencer for creditor Indiana Members CU

Further, on **July 5, 2023**, a copy of the foregoing Motion to Avoid Judicial Lien with Notice of Objection Deadline was mailed by first-class U.S. mail, postage prepaid and properly addressed to the following parties:

**Nationwide Mutual Insurance Company**
Kirt A. Walker, President (or highest officer available)
One Nationwide Plaza
Columbus OH 43215-2220

**VIA CERTIFIED MAIL** 7022 0410 0002 8042 6822

/s/ Eric C. Lewis
Eric C. Lewis, Esq. #28282-49
1060 E. 86th Street
P.O. Box 40603
Indianapolis, IN 46240
Phone: (317) 623-3030 x3
Fax : (317) 623-3062
E-Mail: lewislegal@live.com