SO ORDERED: July 27, 2023.



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE:** JEFFREY S. WALTZ | CHAPTER 7 |
| Debtor / Movant | CASE NO. 19-07037-RLM-7 |
| NATIONWIDE MUTUAL INSURANCE COMPANY f/k/a TITAN AND VICTORIA INSURANCE CO., A NATIONWIDE COMPANY | |
| Respondent | |

## ORDER GRANTING DEBTOR'S
## MOTION TO AVOID JUDICIAL LIEN OF
## NATIONWIDE MUTUAL INSURANCE COMPANY f/k/a
## TITAN AND VICTORIA INSURANCE CO., A NATIONWIDE COMPANY

This matter coming before the Court upon *Debtor's Motion to Avoid Judicial Lien* of **NATIONWIDE MUTUAL INSURANCE COMPANY f/k/a TITAN AND VICTORIA INSURANCE CO., A NATIONWIDE COMPANY** filed July 5, 2023 and the Court, having jurisdiction and being fully advised in the premises and there being no timely objection thereto, now declares that it is hereby:

**ORDERED ADJUDGED AND DECREED** that the judicial lien of **TITAN AND VICTORIA INSURANCE CO., A NATIONWIDE COMPANY, cause no. 49D02-1404-CT-013467** as recorded in the Marion County Record of Judgments and Orders, on the residence of Debtor to wit: Lot 18 in Hibben's Pleasant Run Addition, an Addition to the City of Indianapolis as per plat thereof, recorded in Plat Book 18, page 100, in the Office of the Recorder of Marion County, Indiana, except 56 feet by parallel lines off the entire North side thereof; parcel number 7009443, commonly known as 5250 E. Market Street, Indianapolis, IN 46219, should be, and hereby is, <u>unsecured and avoided</u> pursuant to Title 11 U.S.C. §522(f).

###