IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JEFFREY S. WALTZ, | Case No. 19-07037-RLM-7 |
| Debtor. | |

**NATIONWIDE MUTUAL INSURANCE COMPANY'S OBJECTION TO DEBTOR'S MOTION TO AVOID JUDICIAL LIEN**

Now come Nationwide Mutual Insurance Company ("Nationwide"), by and through counsel, and hereby submits this objection to the Motion to Avoid Judicial Lien of Nationwide Mutual Insurance Company f/k/a Titan and Victoria Insurance Co., a Nationwide Company filed July 5, 2023 (the "Motion") [Doc. No. 5] by debtor Jeffrey Waltz ("Debtor"). In support hereof, Nationwide respectfully state as follows:

1. Debtor filed a voluntary petition for relief under Chapter 7 on September 20, 2019 (the "Petition Date").

2. Debtor owns real property commonly known as 5250 E. Market Street, Indianapolis, IN 46219 (the "Property").

3. The Property is subject to a judicial lien created by a judgment entered August 20, 2014, against Debtor in the Superior Court of Marion County, Indiana, cause no. 49D02-1404-CT-013467 (the "Judicial Lien").

4. The Motion alleges that the Judicial Lien is avoidable under 11 U.S.C. § 522(f) because it impairs the Debtor's claimed exemption in the Property. This argument hinges on the Property having a fair market value of $127,700 on the Petition Date as stated in the Debtor's schedules.

1

5. Publicly available sources show that the value of the Property as of the Petition Date was at least $155,000 to $175,000.[1]

6. Based on the values set forth in the Motion, the Judicial Lien cannot be avoided in whole or in part if the Property had a value on the Petition Date above $142,906.78.

WHEREFORE, Nationwide requests that the Court deny the Motion and for all other necessary and proper relief.

Respectfully submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro (Ohio Bar No. 0085161)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, Ohio 43215-7509
(614) 462-2700 Telephone
(614) 232-6923 Facsimile
john.cannizzaro@icemiller.com
*Counsel for Nationwide Mutual Insurance Company*

---

[1] The Marion County Auditor's website lists a gross assessment of $154,800.00 for tax year 2019. The real estate website Zillow.com estimates that the Property's value as of September 2019 was approximately $170,500.00.

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2023, the foregoing Objection To Debtor's Motion To Avoid Judicial Lien was filed in the above-captioned matter and served on all attorneys of record via the Court's CM/ECF system.

                                              */s/ John C. Cannizzaro*
                                              John C. Cannizzaro (0085161)
                                              **ICE MILLER LLP**
                                              250 West Street, Suite 700
                                              Columbus, Ohio 43215-7509
                                              (614) 462-2700 Telephone
                                              (614) 232-6923 Facsimile
                                              john.cannizzaro@icemiller.com