IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JEFFREY S. WALTZ, | Case No. 19-07037-RLM-7 |
| Debtor. | |

**NATIONWIDE MUTUAL INSURANCE COMPANY'S MOTION FOR RELIEF FROM ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9024**

Now comes Nationwide Mutual Insurance Company ("Nationwide"), by and through counsel, and hereby requests that the Court enter an order vacating the Court's Order Granting Debtor's Motion to Avoid Judicial Lien of Nationwide Mutual Insurance Company f/k/a Titan and Victoria Insurance Co., a Nationwide Company entered July 27, 2023 (the "522(f) Order") [Doc. No. 60]. In support hereof, Nationwide respectfully states as follows:

1. On July 5, 2023, Debtor Jeffrey Waltz ("Debtor") filed his Motion to Avoid Judicial Lien of Nationwide Mutual Insurance Company f/k/a Titan and Victoria Insurance Co., a Nationwide Company (the "522(f) Motion") [Doc. No. 55].

2. Under Local Rule B-4003-2, the Motion has a 21-day response deadline (21 days from July 5, 2023 is July 26, 2023). Since the Motion was served by mail, Bankruptcy Rule 9006(f) automatically extends that deadline by three days to July 29, 2023. And because that is a Saturday, Bankruptcy Rule 9006(a) further extends that deadline to Monday, July 31, 2023 (the first business day after July 29, 2023).

3. The 522(f) Order was entered on July 27, 2023, prior to the response deadline.

4. Creditor has filed an objection to the 522(f) Motion contemporaneously herewith, which objection is within the deadline for filing responses to the 522(f) Motion.

4857-7895-1027.2

5.      Rule 9024 of the Federal Rules of Bankruptcy Procedure states that Rule 60 of the Federal Rules of Civil Procedure applies in bankruptcy cases. Because the order was entered prior to the responsive pleading deadline, and because a timely responsive pleading has been filed, cause exists under Rule 60 and Rule 9024 to vacate the 522(f) Order.

6.      Accordingly, Nationwide respectfully requests that the Court enter an order, substantially in the form attached as **Exhibit A** hereto, vacating the 522(f) Order.

Dated: July 28, 2023

Respectfully submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro (Ohio Bar No. 0085161)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, Ohio 43215-7509
(614) 462-2700 Telephone
(614) 232-6923 Facsimile
john.cannizzaro@icemiller.com
*Counsel for Nationwide Mutual Insurance Company*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 28, 2023, the foregoing Motion For Relief From Order Pursuant To Federal Rule Of Bankruptcy Procedure 9024 was filed in the above-captioned matter and served on all attorneys of record via the Court's CM/ECF system.

                                                  */s/ John C. Cannizzaro*
                                                  John C. Cannizzaro (0085161)
                                                  **ICE MILLER LLP**
                                                  250 West Street, Suite 700
                                                  Columbus, Ohio 43215-7509
                                                  (614) 462-2700 Telephone
                                                  (614) 232-6923 Facsimile
                                                  john.cannizzaro@icemiller.com