UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Jeffrey Scott Waltz**,
    Debtor.

Case No. **19–07037–RLM–7**

# NOTICE OF HEARING

An Objection to Motion to Avoid Judicial Lien re: Nationwide Mutual Insurance Company f/k/a Titan and Victoria Insurnace Co., A Nationwide Company was filed on July 28, 2023, by Creditor Nationwide Mutual Insurance Company. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: August 23, 2023
    Time: 11:00 AM Eastern
    Place: US Courthouse
           46 E Ohio St Rm 310
           Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: July 31, 2023

                                        Eric R. Kleis
                                        Clerk, U.S. Bankruptcy Court